IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL E. MASHBURN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-929-M |
| ) | |
| JOHN WHETSEL, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

On February 8, 2011, United States District Judge Doyle W. Argo, issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended this action be dismissed without prejudice to the filing of a new complaint. Plaintiff was advised of his right to object to the Report and Recommendation by February 28, 2011. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 8, 2011; and

(2) DISMISSES this action without prejudice to the filing a new complaint.

**IT IS SO ORDERED this 2nd day of March, 2011.**

_/s/ Vicki Miles-LaGrange_
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE